

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2024

No. 04-23-00460-CR

**EX PARTE** Vicente **GERONIMO DE DIOS**

From the County Court, Kinney County, Texas
Trial Court No. 14222CR
Honorable Susan D. Reed, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, we **DISMISS** Vicente Geronimo de Dios's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Geronimo de Dios's appeal as a petition for writ of mandamus and **DENY** his request for mandamus relief **WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 10, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk